**David P. Rossmiller, OSB No. 983395**
Email: drossmiller@bpmlaw.com
**Elissa M. Boyd, OSB No. 111679**
Email: eboyd@bpmlaw.com
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone:   (503) 961-6338
Facsimile:    (503) 961-6339

*Attorneys for Plaintiff*

**Emmanuel B. Miller, OSB No. 151319**
Email: emmanuel@ebmillerlaw.com
E.B. Miller Law, LLC
780 NW York Drive, Suite 206
Bend, OR 97703
Telephone:   (541) 948-8830
Facsimile:    (458) 203-7332

*Attorney for Defendant*
*Apex Electric LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE R BUILDERS CORPORATION, an Oregon corporation; and APEX ELECTRIC LLC, an Oregon limited liability company,<br><br>Defendants. | NO.  6:17-cv-00034-AA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties who have appeared in this action stipulate to a dismissal of the action in its entirety without prejudice and without costs or fees to

Page 1 – STIPULATION OF DISMISSAL WITHOUT PREJUDICE

any party. This dismissal is not intended to affect any future claims that may be brought by Plaintiff or Apex Electric LLC regarding the matters in this action or otherwise. This dismissal is also not intended to affect the default judgment entered against Double R Builders Corporation.

DATED this 20th day of November, 2017.

| | |
|---|---|
| BETTS, PATTERSON & MINES, P.S. | E.B. MILLER LAW, LLC |
| By /s/ David P. Rossmiller<br>David P. Rossmiller, OSB No. 983395<br>Elissa M. Boyd, OSB No. 111679<br><br>*Attorneys for Plaintiff State Farm*<br>*Fire and Casualty Company* | By /s/ Emmanuel B. Miller<br>Emmanuel B. Miller, OSB No. 151319<br><br><br>*Attorney for Defendant*<br>*Apex Electric LLC* |