IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STATE FARM FIRE AND CASUALTY
COMPANY, an Illinois company,

        Plaintiff,

        v.

DOUBLE R BUILDERS CORPORATION,
an Oregon corporation; and APEX
ELECTRIC LLC, an Oregon limited
liability company,

        Defendants.
_____

Civ. No. 6:17-cv-00034-AA

JUDGMENT

      Pursuant to the parties' Stipulated Notice of Voluntary Dismissal, ECF No. 25, it is ordered that this action is hereby dismissed without prejudice and without costs or fees to any party.

      DATED: 11/20/2017

                                    Mary L. Moran, Clerk

                                    By    /s/ Cathy Kramer
                                                  Deputy Clerk

1 –JUDGMENT